■ WILLIAM HUNT, Appellant, v CITY OF SYRACUSE TREASURER et al., Respondents.—Motion for reargument denied. Memorandum: The Clerk is entitled to the filing fee upon the filing of the record *(see,* CPLR 8022 [b]) and the Court has no authority to refund the fee after the record is filed. Present— Callahan, J. P., Boomer, Green, Boehm and Davis, JJ.

■ MILTON PACHECO, Appellant, v STATE OF NEW YORK, Respondent.—Motion for poor person relief denied and appeal dismissed without costs. Memorandum: No appeal lies from an order entered upon a party's default *(see,* CPLR 5511). Present —Boomer, J. P., Pine, Balio, Boehm and Davis, JJ.

■ SUSAN ROALDI, Respondent, v AMERICAN NORTHWEST VAN LINES et al., Appellants.—Motion to dismiss cross appeal and cross motion to file late notice of appeal denied. Memorandum: The moving papers are insufficient to support defendants' motion to dismiss the cross appeal inasmuch as defendants have failed to submit proof of service of the order with notice of entry *(see,* CPLR 5513 [a], [c]). Present—Boomer, J. P., Pine, Balio, Lawton and Davis, JJ.

■ In the Matter of MICHAEL T.—Motion to set aside stipulation discontinuing appeal and for other relief denied with leave to renew. Memorandum: Respondent's motion to vacate the stipulation of discontinuance is unnecessary inasmuch as the stipulation was never filed with this Court. Respondent's application to serve a late notice of appeal on the law guardian is granted *(see,* CPLR 5520 [a]). Finally, respondent may renew her application for poor person relief upon submission of a current financial affidavit which complies with CPLR 1101 (a). Present—Boomer, J. P., Pine, Boehm, Davis and Doerr, JJ.

■ PEOPLE, Respondent, v JESSE BONNER, Appellant.—Motion for renewal granted *(see, People v Callahan,* 80 NY2d 273). Present—Callahan, J. P., Green, Lawton and Davis, JJ.